IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHANTAL CARROZZA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MCKENZIE BREW HOUSE, INC.; MCKBH, INC.; BKBC, INC.; WILLIAM MANGAN; and DOE DEFENDANTS 1-10,<br><br>Defendants. | Civil Action No.: 2:22-cv-03291-MRP |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT, FINAL CERTIFICATION OF THE FLSA COLLECTIVE, AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES, AND SERVICE PAYMENT TO PLAINTIFF**

Plaintiff Chantal Carrozza ("Plaintiff") respectfully requests that the Court enter an Order: (i) granting final approval of the class action settlement; (ii) granting final certification of the FLSA Collective; (iii) approving a Service Payment award for Plaintiff; (iv) granting Class Counsel's requested award of attorneys' fees and expenses; and (v) such further and other relief as this Court deems just and proper. Plaintiff is submitting a proposed Final Approval Order attached hereto and incorporated herein. In further support of this Motion, Plaintiff is contemporaneously filing the following:

(1) Memorandum of Law in Support in Support of Plaintiff's Unopposed Motion for Final Approval of Class and Collective Action Settlement;

(2) Declaration of Gerald D. Wells, III in Support of Plaintiff's Motion for Final Approval of Class and Collective Action Settlement;

(3) Declaration of Chantal Carrozza in Support of Plaintiff's Motion for Final Approval of Class and Collective Action Settlement; and

(4) Declaration of Claims Administrator, and exhibits thereto.

Dated: January 8, 2024                                  Respectfully submitted,

                                            **CONNOLLY WELLS & GRAY, LLP**

                                            By: */s/ Gerald D. Wells, III*
                                                 Gerald D. Wells, III
                                            Robert J. Gray
                                            101 Lindenwood Drive, Suite 225
                                            Malvern, PA 19355
                                            Telephone: 610-822-3700
                                            Facsimile: 610-822-3800
                                            Email: gwells@cwglaw.com
                                                          rgray@cwglaw.com

                                            *Counsel for Plaintiff and the Settlement Class*